UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. 07-123-SLR |
| TARIREEF WHITE, | : |
| Defendant. | : |

## MOTION FOR A SCHEDULING CONFERENCE

The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby respectfully moves the Court to set a scheduling conference in the above-captioned case. Pre-trial motions were to be filed by October 22, 2007 and no motions were filled.

WHEREFORE, the United States respectfully requests this Honorable Court to set a date for a conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

                                                     Respectfully submitted,

                                                     COLM F. CONNOLLY
                                                    United States Attorney

                                            By: /s/ Martin C. Meltzer
                                                Martin C. Meltzer (De. I.D. No. 3053)
                                                Assistant United States Attorney
                                                1007 Orange Street, Suite 700
                                                P.O. Box 2046
                                                Wilmington, Delaware 19899-2046

Dated: October 29, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA :<br>:<br>v.    :<br>:    Criminal Action No. 07-123-SLR<br>TARIREEF WHITE,    :<br>:<br>Defendant.    : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in the above captioned case be held on the _____ day of _____ at _____.m. in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE