IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-123-SLR |
| TARIREEF WHITE, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this _____ day of October, 2007, having considered plaintiff's motion;

IT IS ORDERED that said motion (D.I. 12) is granted. A telephone status conference is scheduled for **Friday, November 9, 2007** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge