IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-123-SLR |
| | ) |
| TARIREEF WHITE, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 1st day of November, 2007, having considered defendant's unopposed motion for a continuance;

IT IS ORDERED that said motion (D.I. 14) is granted. The telephone status conference scheduled for **November 9, 2007** is **cancelled** and **rescheduled** to commence on **Thursday, November 29, 2007** at **9:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between November 9, 2007 and November 29, 2007 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge