# IN The United States District Court For The District of Delaware.

United States of America :

: Criminal Action

VS : No. 07-123-SLR

Tarieef D. White :



FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Motion to Dismiss Attorney

---

LAW.

  1.) Under the Sixth Ammendment to the Constitution the Defendant is Entitled to Appointment of Counsel...

  2.) Adequate Representation of Defendant, Representation Under Each plan shall include Counsel, Investigative, Expert, And other Services Necessary For Adequate Representation.

  3.) Under New Jersey Rules of Professional Conduct RPC. 1.1. Lawyer Should Not Handle or Neglect a matter Entrusted to the lawyer in

Such manner that the lawyer Conduct Constitutes gross Negligence.

B. Exhibit a pattern of Negligence or Neglect in the lawyers handling of legal matters Generally.

12 RPC. 1.2. A lawyer shall abide by a Clients Decision Concerning the Scope and objectives of Representation, Subject to paragraphs (C) and (D) And as Required by RPC. 1.4. Shall Consult with the Client about the means to pursue them. A lawyer may take such action on behalf of the Client As is Impliedly Authorized to Carry out the representation. A lawyer Shall Abide by a Clients Decision Wether to Settle A matter... In A Criminal Case, The lawyer Shall Consult with the Client's and, following Consultation, shall Abide by the Client Decision on the plea to be Entered, Jury Trial, and wether The Client will Testify.....

RPC. 1.3. A lawyer shall Act with Reasonable Diligence And promptness in Representing A Client.

RPC. 1.4 A lawyer shall Fully inform a prospective client of how, when, And where the client may communicate with the lawyer.

B. A lawyer shall keep the client completely informed About the status of matter, and promptly comply with Reasonable Request for information.

C. A lawyer shall Explain a matter to the Extent Reasonably Necessary to permit the Client to make Informal Decisions Regarding the Representation.

---

Lawyers Conduct
① Attorney Refuses to put in motions on Defendants behalf
② Attorney has still not provided Defendant with investigator.
③ Attorney Does Not Communicate wit Defendant
④ Attorney Has Shown No Effort to help Defendant with legal matters......

Kousoulis from This Case. The Defendant is Requesting a Hearing on the following Issues.

Date 12-16-07

Respectfully Submitted

Tartrees White

State of: New Jersey
County of: Salem
Subscribed and sworn to before me this 17 day of Dec 2007

SHERRY L. KENT, Notary Public
My Commission Expires June 27, 2010

United States of America          :

          vs                      :        Criminal No.

Tarireef. D. White                :

---

## Certificate of Service

I TARIREEF-D. White hereby certify that on the Date listed below, That I have sent motion to Dismiss Attorney to the Clerk of Court Filing, And Send a Copy of Such letter to USA Attorney Martin C. Meltzer 1007 N. Orange Street, Suite 700. P.O. Box 2046 Wilmington, Delaware, 19899. To Attorney Eleni Kousoulis. Federal Public Defender, District of Delaware 704 King Street, Suite 110 Wilmington, Delaware, 19801-3535. To Honorable Judge Sue. L. Robinson The United States District ~~of New Jersey~~.

State of: ~~New Jersey~~
County of: Salem
Subscribed and sworn to before me this
17 day of Dec, 2007

12-16-07

_Sherry Kent_
SHERRY L. KENT, Notary Public
My Commission Expires June 27, 2010

Defendant.
_Tarireef White_

Tasreef White
S.C.C.F
125 Cemetery Rd.
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

U.S.M.S.
X-RAY

SOUTH JERSEY NJ 080
18 DEC 2007 PM 3
USA 41



Office of the clerk
844 N. King St. lock Box 18
Wilmington, Delaware
19801

1980142519 C012

Salem County Correctional Facility
This Address is A County Institution
The Addressee is An Inmate
Salem County is Not Responsible
For Debts Incurred By This Inmate