IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-123-SLR |
| ) | |
| TARIREEF WHITE, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S REQUESTS FOR SPECIAL VOIR DIRE

The parties to the above case submit the following request for special voir dire:

**GOVERNMENT'S REQUESTS**

1.   Do you know (witness list to be applied)?

2.   This case involves a charge of possession of a firearm and ammunition by a felon. Is there anything about the nature of the charge that would prevent you from being an impartial juror?

3.   Do you object to a law which prohibits people convicted of certain crimes from possessing a firearm or ammunition, even after they have completed their sentence?

4.   Are you a member of any organization which supports or opposes federal or state gun control laws?

5.   Do you think the police should spend less time investigating gun and firearms cases than they do?

6. Have you, your spouse, a relative or close friend, ever been the victim of gun violence or a crime that involved the use of a firearm?

7. Have you, your spouse, a relative or close friend ever been charged with a crime involving the possession or use of a firearm?

8. Would the fact that the ATF and the Wilmington County Police Department are the investigating and/or participating agencies in this case interfere with you ability to be fair and impartial?

9. Have you served on a jury for a criminal case before?

10. Have you been arrested for anything (other than a minor traffic offense)?

11. Have you ever testified in a criminal case?

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

                By: /s/ Martin C. Meltzer
                Martin C. Meltzer
                Special Assistant United States Attorney
                1007 Orange Street, Suite 700
                Wilmington, DE 19899-2046
                (302) 573-6277

Dated: January 7, 2008