

Tarieef D. White
125 Cemetery Rd.
Woodstown, New Jersey, 08098

Date: 12-16-07

TO: Honorable Judge:
Sue L. Robinson:

CR 07-123 (SLR)

Im Writing In Reference of my Current Attorney Mrs Eleni Kousoulis. She was Appointed to me by the Government. My Case No. 07-123-SLR. Now to my Understanding And by Reading the Constitution of the United States of America, Under the Sixth Amendment to the Constitution... The Defendent Is Entitled to Appointment of Counsel... Now As I, Tarieef D. White being a Client of Eleni Kousoulis, I feel she's Not Representing me to the best of Her Ability... I Don't feel She Has my best Intrest At Heart, And Everytime I Request Her to

file a legal motion on my behalf, she Refuses to Do So... Its Very Hard to Contact Her, when she Comes out To The Facility To See other Guys IN HER Case load I Try to Speak with Her, But She ignores me......

Now IM Requesting, with Good Faith That you Have my Current Attorney Removed From my Case, on Bases That The Lawyer And Client Relationship is Tarnished Due to the Fact That The Attorney Refuses To Go through with legal Requests on my behalf... I've Requested A Surpression → (Evidentary Hearing) And my lawyer Told me "NO" Denied me, and when I ask Her again at a later Date For The Same Request, She Said That Its too late because the Date Has Expired..... IM Asking the Court to provide me The Defendant With Adequate Representation. And The Defendant is asking The Court To Respectfully Remove Mrs Eleni

Kousoulis, And the defendant is Requesting A Hearing on the following issues

12-30-07

Respectfully Submitted

Tavirey White

IN THE UNITED STATES DISTRICT Court
for The District of Delaware.

United States of America :

    VS.     :     Criminal Action No.
              :         07-123-SLR
Tarireef White   :


## Certificate of Service

I Tarireef White, Hereby Certify on the date 12-16-07 I Have Sent a motion to Dismiss Attorney to the Clerk of Court for filing, And to Send a Copy of Such letter to USA Attorney Martin C. Meltzer, Esquire. And a Copy to Honorable Sue L. Robinson, United States District Judge.

                            Defendant

12-30-07

                            Tarireef White

Tarireef White
125 Cemetery RD.
Woodstown, N.J. 08098

SOUTH JERSEY NJ 080
02 JAN 2008 PM 3
USA 41

J Caleb Boggs Fed. Bld.
Clerks Office
844 N King St.
Lock Box 18
Wilmington, DE. 19801

MAILED FROM
COUNTY
FACILITY