

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

January 22, 2008

The Honorable Sue L. Robinson
United States District Judge
United States Courthouse
844 North King Street
Wilmington, DE 19801

    Re:    **United States v. Tarireef White**
              **Criminal Action No. 07-123-SLR**

Your Honor:

    Per the Court's request, please find the enclosed witness list in reference to the above captioned case.

1. Patrolman Scott Gula
2. Corporal Stewart Walker
3. Patrolman Daniel Martinez
4. ATF Agent Scott Curley
5. Rodney Hegment

                          Very truly yours,

                          COLM F. CONNOLLY
                          United States Attorney

BY: *(signature)*
      Martin C. Meltzer
      Special Assistant United States Attorney