# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
**Daniel I. Siegel**
Research & Writing Specialists

January 22, 2008

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:   *United States v. Tarireef White*
              <u>Criminal Action No. 07-123-SLR</u>

Dear Honorable Judge Robinson:

      Pursuant to the Court's request that counsel provide the Court with a list of individuals who may appear as witnesses in the above referenced matter, the defense submits the names of the following individuals that the defense may call as witnesses at trial:

Donyelle Starkey

Sean Williams

Should the Court have any questions, please feel free to contact me.

                                          Respectfully submitted,

                                          /s/
                                       Eleni Kousoulis
                                       Assistant Federal Public Defender
                                       704 King Street, Suite 110
                                       Wilmington, Delaware 19801
                                       (302) 573-6010
                                       ecf_de@msn.com
                                       Attorney for Defendant Tarireef White

cc:    Martin Meltzer, Assistant United States Attorney