## UNITED STATES OF AMERICA v. TARIREEF WHITE

### Crim. No. 07-123-SLR

### VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Robinson and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **United States v. Tarireef White.** Briefly stated, this case involves charges relating to possession of a firearm by a felon.

The defendant has pleaded not guilty to the charge.

The trial in this case is expected to last no more than two days.

The government is represented by Martin C. Meltzer, Special Assistant United States Attorney.

The defendant is represented by Eleni Kousoulis, Esquire.

In the light of this brief summary, I will ask the panel certain questions in order to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any member of the panel answers any question in the affirmative, please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. Is any member of the panel related to, or personally acquainted with, the defendant, Tarireef White?

2. Is any member of the panel related to, or personally acquainted with, Martin C. Meltzer, Special Assistant United States Attorney, or with any other member of the Office of the United States Attorney for the District of Delaware?

3. Is any member of the panel related to, or personally acquainted with, Eleni Kousoulis, Esquire, defendant's counsel?

4. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

**(See attached list)**

5. Does any member of the panel have any personal knowledge of this case, or have you read it or heard it discussed, or have an opinion regarding it?

6. Has any member of the panel ever been a witness to, victim of, or convicted of a crime?

7. Has any member of the panel ever served as a juror in a criminal trial or on a grand jury?

8. A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt. If you are selected as a juror in this case, will any of you have difficulty applying this rule of law?

9. Another fundamental principle of our legal system is that a person charged with a crime does not have to testify on his own behalf at trial. If you are selected as a juror in this case, will any of you have difficulty applying this rule of law?

10. Has any member of the panel, or a close friend or relative, ever been

11. Has any member of the panel, or a close friend or relative, ever had any bad experiences with law enforcement agencies or officers?

12. Does any member of the panel believe they will give more or less weight to the testimony of law enforcement officers?

13. This case involves the charge of possession of a firearm by a felon. Is there anything about the nature of this charge that would prevent you from being an impartial juror?

14. Would the fact that the Wilmington City Police Department and the Bureau of Alcohol Tobacco, Firearms and Explosives are the primary investigating agencies in this case interfere with your ability to be a fair and impartial juror?

15. Does any member of the panel have any special disability or problems that would make it difficult or impossible for you to serve as a member of the jury in this case?

16. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

<u>United States v. Tarireef White</u>, 07-123-SLR

**Witness List:**

1. Scott Gula
2. Stewart Walker
3. Daniel Martinez
4. Scott Curley
5. Rodney Hegment
6. Donyelle Starkey
7. Sean Williams