IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-123-SLR |
| ) | |
| TARIREEF WHITE, ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

As to count I, charging the defendant with possession of a firearm by a felon, we the jury unanimously find the defendant

__X__ Guilty              _____ Not Guilty.