AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

## EXHIBIT AND WITNESS LIST

V.

Tarireef White

Case Number:  07-cr-123-SLR

| PRESIDING JUDGE Sue L. Robinson | | | | | PLAINTIFF'S ATTORNEY Martin Charles Meltzer, Esquire | DEFENDANT'S ATTORNEY Eleni Kousoulis, Esquire |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 1/23/08-1/24/08 | | | | | COURT REPORTER V. Gunning | COURTROOM DEPUTY N. Fasano-Newman |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 1/23/08 | | YES | Stipulation | |
| 2 | | 1/23/08 | | YES | Glock Model 23 .40 caliber S&W  (Gula) (Being held by _____ | |
| 3 | | 1/23/08 | | YES | 8 x .40 caliber bullets (Gula)     (Being held by _____ | |
| 4 | | 1/23/08 | | YES | Agent Scott Curley's Expert Qualifications (Curley) | |
| | 1 | 1/23/08 | | YES | Paper given to Ms. Starkey from the Agent when she picked up property (Starkey) | |
| | 2 | 1/23/08 | | YES | Defendant's cell phone picked up by Ms. Starkey from the agent (Starkey) | |
| | 3 | 1/23/08 | | YES | Map of neighborhood (Starkey) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages