IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-123–001-SLR |
| | ) |
| TARIREEF WHITE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 25th day of January, 2008,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for fourteen (14) jurors in the above entitled case on January 23, 2008 and for twelve (12) jurors on January 24, 2008.

_____
United States District Judge

cc: Financial Administrator