# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br>       v.                                              )<br>                                                              )<br> TARIREEF WHITE,                           )<br>                                                              )<br>            Defendant.                         ) | Criminal Action No. 07-123-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Martin Meltzer as attorney of record for the United States, and enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                   BY:  /s/ Lesley F. Wolf
                                        Lesley F. Wolf
                                        Assistant United States Attorney
                                        Nemours Building, Suite 700
                                        1007 Orange Street
                                        P.O. Box 2046
                                        Wilmington, DE 19899-2046
                                        302-573-6277, x106
                                        lesley.wolf@usdoj.gov

Dated: March 5, 2008