Tarireef White
Salem County Correctional Facility
125 Cemetery Road
Woodstown NJ 08098

April 9, 2008

Dr Peter T Dalleo
Clerk
US District Court
Lockbox 18
United States Courthouse
844 King Street
Wilmington, DE 19801



Re:   United States v Tarireef White
      Criminal action No. 07-123-SLR

Dear Dr Dalleo;

    I am requesting a copy of the court transcripts from my trial from January 23 and 24, 2008. I was represented by Ms Eleni Kousoulis of the Federal Public Defenders office as I am indigent. It is my understanding that the clerk's office provides copies of transcripts to indigent defendants. I would appreciate your assistance in providing the transcripts as my previous requests have remained unanswered. Thank You.

Sincerely,

*[signature]*

Tarireef White




Tarrrref White
125 Cemetery Rd.
Woodstown N.J. 03098

SOUTH JERSEY NJ 080
10 APR 2008 PM 6

Dr Peter T. Dalleo
Clerk
U.S. District Court
Lockbox 18
United States Courthouse
844 N. King St.
Wilmington, DE 19801