Tarireef White
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

May 12, 2008

Dr Peter T Dalleo
Clerk
US District Court
Lock Box 18
United States Courthouse
844 King Street
Wilmington, De 19801

Re: United States vs. Tarireef White
Criminal action No. 07-123-SLR

Dear Dr. Dalleo,

I am requesting to notify the courts that I am entering my Notice of Appeal; furthermore, I am reiterating my displeasure in counsel. I previously requested a change of counsel (prior to trial) due to numerous conflicts. I definitely do not wish to have Ms. Kousoulis as counsel for my appeal. I have entered numerous requests in writing and have received no responses. I thank you for your help in advance.

Sincerely,

Tarireef White

*[signature]*

*[RECEIVED MAY 20 2008 stamp]*