IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-123-SLR |
| TARIREEF WHITE, | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Tarireef White, Defendant, by and through his undersigned attorney, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Sue L. Robinson on May 19, 2008, in the United States District Court for the District of Delaware.

 /s/  *Eleni Kousoulis*
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
District of Delaware
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Defendant Tarireef White

Dated: May 22, 2008