Tarreef White # 04590-015
FCI - Fairton
P.O. Box # 420
Fairton, NJ 08320

August 4, 2008

U.S. District Court of Delaware
Lock Box 18
844 King Street
Wilmington, DE 19801
Attn: Hon. Sue L. Robinson
    Re: United States v. White
        Crim. No: 07-123

Dear Judge Robinson:

Please accept this letter as a motion. Please let the record reflect that I am invoking my right to proceed pro se. I respectfully request that an order be issued giving me a copy of my trial transcript, pretrial hearing transcripts, preliminary hearing transcripts including all sidebars transcripts and grand jury transcripts. These transcripts are necessary to effectively present a petition to the Court of Appeals for the Third Circuit. Please include also a copy of my sentencing transcripts.

Very Respectfully

Tarreef White

Tarireef White
Reg# 04596-015
F.C.I. - Fairton
P.O. Box 420
Fairton, NJ 08320


U.S.M. X-RAY

ATTN: Hon. Sue L. Robinson
U.S. District Court of Delaware
Lock Box 18
844 King St.
Wilmington, DE. 19801

